IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Kathryn H. Vratil

Criminal Action No. 08-cr-00450-KHV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

William I. Wilson,

    Defendant.

---

## ORDER EXONERATING BOND

---

This court has granted a government motion to voluntarily dismiss the charges against the defendant. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 5th day of April, 2013.

                BY THE COURT:

                By:  s/ Kathryn H. Vratil
                    KATHRYN H. VRATIL
                    United States District Judge